**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6036**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARK CHRISTOPHER POE,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CR-93-144, CA-97-933-2)

─────────────

Submitted: May 25, 1999          Decided: June 8, 1999

─────────────

Before WIDENER, HAMILTON, and LUTTIG, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Mark Christopher Poe, Appellant Pro Se. Robert Francis Porcarelli, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Christopher Poe seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Poe, Nos. CR-93-144; CA-97-933-2 (E.D. Va. Dec. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED